IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 07-cv-00409-AP

CECILIA GALLEGOS,

    Plaintiff

v.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant.

_____

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**
_____

**1. APPEARANCES OF COUNSEL AND PRO SE PARTIES**

<u>For Plaintiff</u>:
Mary L. Rogacki, Esq.
1901 W. Littleton Blvd., Ste. 130
Littleton, Colorado 80120
(720) 971-3617
mrogacki@msn.com

<u>For Defendant</u>:

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

Bonnie E. Sims
Special Assistant United States Attorney
1961 Stout Street, Suite 1001A
Denver, Colorado 80294

Bonnie.sims@ssa.gov
*Street Address*:
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)

**2. STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

**3. DATES OF FILING OF RELEVANT PLEADINGS**

**A.  Date Complaint Was Filed:** February 28, 2007

**B.  Date Complaint Was Served on U.S. Attorney's Office:** March 7, 2007

**C. Date Answer and Administrative Record Were Filed:** May 4, 2007

**4. STATEMENT REGARDING THE ADEQUACY OF THE RECORD**
The parties, to the best of their knowledge, state that the administrative record is complete and accurate.

**5. STATEMENT REGARDING ADDITIONAL EVIDENCE**
The parties do not anticipate submitting additional evidence.

**6. STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**
There are no unusual claims or defenses in this case.

**7. OTHER MATTERS**
There are no other matters.

## 8. BRIEFING SCHEDULE

A.  Plaintiffs Opening Brief Due**:** July 12, 2007

B.  Defendant's Response Brief Due: August 13, 2007

C.  Plaintiffs Reply Brief (If Any) Due: August 27, 2007

## 9. STATEMENTS REGARDING ORAL ARGUMENT

### A.  Plaintiffs Statement:

Plaintiff does request oral argument.

### B.  Defendant's Statement:

Defendant does not request oral argument

## 10.  CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE

A.  (  )  All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.

B.  (**X**)  All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.

## 11.  OTHER MATTERS

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

**12. AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.

DATED this 24th day of May, 2007.

BY THE COURT:

*S/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

s/ Mary L. Rogacki
Mary L. Rogacki, Esq.
1901 W. Littleton Blvd., Ste. 130
Littleton, Colorado 80120
(720) 971-3617
mrogacki@msn.com

Attorney for Plaintiff

TROY A. EID
United States Attorney

KURT J. BOHN
Assistant U.S. Attorney

s/ Bonnie E. Sims
By: Bonnie E. Sims
Special Assistant U.S. Attorney

Mailing Address:
1961 Stout Street, Suite 1001A
Denver, Colorado 80294
(303) 844-7278
E-mail: Bonnie.sims@ssa.gov

Street Address:
United States Attorney's Office
1225 Seventeenth Street, Suite 700
Denver, Colorado 80202
(303) 454-0100
(303) 454-0404 (facsimile)